No. 83–5845. KIMBLE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5853. MILLER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–5876. OCHS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–2128. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* LITTON SYSTEMS, INC., ET AL. C. A. 2d Cir. Motion of National Association of Regulatory Utility Commissioners for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 83–332. COUNTY OF LOS ANGELES *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 83–512. SUTTON ET AL. *v.* BLOOM. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–808. MARYLAND *v.* FOSTER. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–837. ARIZONA *v.* ROUTHIER. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–854. NOURSE, CIRCUIT JUDGE OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR ST. LUCIE COUNTY, FLORIDA *v.* FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES ET AL. Sup. Ct. Fla. Motion of Office of the Public Defender for leave to file a brief as *amicus curiae* granted. Petition for writ of certiorari and/or prohibition denied.